UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL ALLEN PALMER,

        Plaintiff,

                                  CASE NO 06-13260
        v.                       HONORABLE BERNARD A. FRIEDMAN
                                  MAGISTRATE JUDGE DONALD A. SCHEER

DOUGLAS KELSHAW,

        Defendant.
_____/

ORDER DENYING PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE
AND DIRECTING ATTORNEY GENERAL'S OFFICE
TO SUBMIT ADDRESS OF ABOVE NAMED DEFENDANT
UNDER SEAL IN ORDER TO EFFECTUATE SERVICE OF PROCESS

Plaintiff has been granted leave to proceed without prepayment of the filing fee for this action. The above named Defendant has not been served to date since his address is unknown. In a letter dated September 27, 2007, the litigation coordinator at the Parnall Correctional Facility stated that the defendant had previously been employed at the prison as a resident unit manager, but that he no longer works for the Michigan Department of Corrections (Docket #15).

Plaintiff filed a Motion for Alternative Service on February 14, 2008, claiming that he does know the home address of defendant. Plaintiff seeks service of process by publication in the county newspaper where the cause of action arose (Docket # 19). Plaintiff's motion is DENIED, without prejudice, until the Attorney General's Office is given the opportunity to submit the last known home address of defendant to the court under seal in order that service of process can be effectuated.

The Court ORDERS the Attorney General's Office to submit the home address of the above named defendant, if known, to the court under seal in order that service of process can be mailed to him.

Once the address is received, the United States Marshal will be able to serve the appropriate papers in this case on the above-named defendant without prepayment of the costs for such service. The Marshal may collect the usual and customary costs from Plaintiff after effecting service.

Dated: February 27, 2008

s/Donald A. Scheer
DONALD A. SCHEER
UNITED STATES MAGISTRATE JUDGE

_____

### CERTIFICATE OF SERVICE

I hereby certify on February 27, 2008 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to the following non-registered ECF participants on February 27, 2008: **Michael Allen Palmer; Christine Campbell**.

s/Michael E. Lang
Deputy Clerk to
Magistrate Judge Donald A. Scheer
(313) 234-5217